**U.S. RING BINDER, L.P.,**
**Plaintiff–Appellant,**

v.

**STAPLES THE OFFICE SUPER-STORE, LLC, World Wide Stationery Manufacturing Co., Ltd., Charles Leonard National, Inc., and Charles Leonard Western, Inc., Defendants–Appellees.**

Nos. 2010–1284, 2010–1425.

United States Court of Appeals,
Federal Circuit.

Dec. 10, 2010.

David L. Applegate, William Montgomery & John Ltd., of Chicago, Illinois, argued for plaintiff-appellant.

Keith A. Rabenberg, Senniger Powers, LLP, of St. Louis, Missouri, argued for defendants-appellees. With him on the brief was Richard L. Brophy.

Before LOURIE, SCHALL, and BRYSON, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**